IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE HILL,<br><br>        Petitioner,<br>  v.<br><br>STEVEN GLUNT et al,<br><br>        Respondents. | CIVIL ACTION<br><br>NO. 12-0662 |

## ORDER

**AND NOW**, this \_\_\_\_ day of September, 2013, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 9) and Petitioner's Objections thereto (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Petition for a Writ for Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

                                                                                             **BY THE COURT:**

                                                                                            **/s/ Petrese B. Tucker**

                                                                                            _____

                                                                                           **Hon. Petrese B. Tucker, C. J.**